Julian K. SAYLOR, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee. *

No. 8606.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

*Writ of certiorari denied 58 S.Ct. 482, 82 L.Ed. —.

Julian Saylor, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.